# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

TONY E. TOWNSEND,  )
        Plaintiff,  )
                                      )

v.  )
                                        )

                                        )  **JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE,  )  **CASE NO. 5:12-CV-89-D**
*Commissioner of the Social*  )
*Security Administration,*  )
        Defendant.  )

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Court grants Defendant's Motion for Remand [D.E. 24], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 22, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason  (via CM/ECF Notice of Electronic Filing)


October 22, 2012                                 JULIE A. RICHARDS, Clerk
Date                                             Eastern District of North Carolina

                                                  /s/Debby Sawyer
                                                  (By) Deputy Clerk

Raleigh, North Carolina